Mario Sentelle Cavin #326204
34625 - 26 Mile Road
Lenox, Twp., 48048

Date: 1/15/19



U.S. District Court
ATTN: Clerk of the Court
231 W. Lafayette Blvd.
Detroit, Mich. 48226

RE: Cavin v Mich. Dept. of Corr., Case No. 2:15-cv-14449

Dear Clerk,

 On June 17, 2019, the Sixth Circuit remanded this case back to this Court for further review of the RLUIPA claim. What is the next step? Will there be another hearing involved or will the judge make a decision based on the existing record?

 In advance, I thank you for your time and consideration in this matter and I hope to hear from you soon.

Sincerely,

Mario Sentelle Cavin
Plaintiff in Pro Se

cc: FIle

Mario Sentelle Cavin #326804
Macomb Corr. Fac.
34625 - 26 Mile Road
New Haven, Mich. 48048

US POSTAGE PITNEY BOWES
$ 000.00

MACOMB CORRECTIONAL FACILITY
15 JUL '19
PM 17 L

U.S. MARSHALS

U.S. District Court
Attn: Clerk of the Court
231 W. Lafayette Blvd.
Detroit, Mich. 48226

RECEIVED
JUL 17 2019
CLERKS OFFICE
U.S. DISTRICT COURT

FOREVER USA
Barn Swallow